Canal Realty Company, Appellant, v. Frank J. Ryan, et al., Appellees.

*M. S. Lanier,* for Appellant.

W. A. Andrews, Plaintiff in Error, v. The State of Florida, Defendant in Error.

*W. T. Bludworth,* for Plaintiff in Error.

Sarah S. Ruff, et al., Appellants, v. Guaranty Title & Trust Company, et al., Appellees.

*J. C. Davant,* for Appellants;

*Brandon, Gage, Hancock & Polhill,* for Appellees.